# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. WILLIE PREZZIE                                              Docket No. 3:00CR00263(JCH)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Keith P. Barry, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Willie Prezzie who was sentenced to 60 months imprisonment for a violation of 21 U.S.C. §§ 841(b)(1)(A) and 846, Conspiracy to Possess with Intent to Distribute 50 Grams or More of Cocaine Base by the Honorable Janet C. Hall, U.S. District Judge, sitting in the court at Bridgeport, Connecticut on July 21, 2004, who fixed the period of supervision at 10 years which commenced on October 19, 2005 and imposed the general terms and conditions theretofore adopted by the court and also imposed the following special condition: The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as approved by the probation officer which may include testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all, or portion of, the costs associated with treatment, based on his ability to pay, in amount to be determined by the probation officer. Supervision is scheduled to terminate on October 18, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

Charge No. 1: Standard Condition - "The defendant shall not commit another federal, state, or local crime." On May 18, 2006, the Norwalk, Connecticut Police Department, using a confidential informant, conducted a controlled narcotics transaction involving Mr. Prezzie. During the transaction officers attempted to arrest the defendant, and at which time he lead them on a high speed pursuit until he was placed into custody and charged with the following offenses: 1) Possession of Narcotics; 2) Possession of Narcotics With Intent to Sell; 3) Possession of Hallucinogen; 4) Interfering/Resisting with Police Officers; 5) Reckless Endangerment 1st Degree; 6) Risk of Injury to a Child; 7) Illegal Destruction of Property; 8) Reckless Driving; and 9) Possession of a Controlled Substance Within 1500 Feet of a School. On May 19, 2006, the defendant was presented at Norwalk Superior Court, and at that time bond was set at $1 million. Mr. Prezzie remains in custody.

Charge No. 2: Standard Condition - "The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer". On April 14, 2006, the defendant's girlfriend contacted the Stamford, Connecticut Police Department reporting that she recently terminated her relationship with Mr. Prezzie. Ms. Brown reported that Mr. Prezzie was calling her, following her in his automobile, and hanging around her residence. Mr. Prezzie was interviewed by members of the Stamford Police Department on April 14, 2006, regarding the above-mentioned complaint. Mr. Prezzie failed to report this contact to the Probation Office, which learned of this contact on May 18, 2006.

Charge No. 3: Standard Condition - "The defendant shall notify the probation officer ten days prior to any change in residence or employment". Following Mr. Prezzie's arrest on May 18, 2006, Lisa Brown was interviewed by police officers, and reported the defendant had not lived with her at her Stamford residence for about two months. The defendant failed to notify the probation officer of a change in his residence.

Charge No. 4: Standard Condition - "The defendant shall submit a truthful and complete written report within the first five days of each month". The defendant submitted a signed monthly supervision report, dated May 4, 2006. The report does not reflect that Mr. Prezzie had a change in address, or that he had contact with law enforcement officials.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue and lodged as a detainer with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 24th day of May, 2006 and ordered filed and made a part of the records in the above case.

The Honorable Janet C. Hall
United States District Judge

Sworn to By
Keith P. Barry
United States Probation Officer

Place   Bridgeport, Connecticut
Date   5/24/06

Before me, the Honorable Janet C. Hall, United States District Judge, on this 24th day of May 2006 at Bridgeport, Connecticut, U.S. Probation Officer, Keith P. Barry appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Janet C. Hall
United States District Judge