**DOCKET NO. 3:00CR00263(JCH)**

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN OF WALKER RECEPTION CENTER, ENFIELD, CONNECTICUT AND THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of **WILLIE PREZZIE, DOB:** ███████, **SS#** ███████ now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said **WILLIE PREZZIE, DOB:** ███████ **SS** ███████6, before the Honorable Janet C. Hall, United States District Judge, United States District Court for the District of Connecticut, 915 Lafayette Boulevard, Bridgeport, Connecticut, on Wednesday, September 13, 2006 at 11:00 a.m., and from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said **WILLIE PREZZIE, DOB:** ███████, **SS#** ███████ for Title 18, United States Code, Section 3583(e).  Immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said **WILLIE PREZZIE, DOB:** ███████4, **SS#** ███████ to the Warden of Walker Reception Center, Enfield, Connecticut under safe and secure conduct.

| | |
|---|---|
| The following Writ is hereby allowed.  Dated at Bridgeport, Connecticut, this _____ day of September, 2006. | KEVIN F. ROWE<br>CLERK, U.S. DISTRICT COURT<br><br>_____<br>DEPUTY CLERK |

_____
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | |
| v.   : | DOCKET NO. 3:00CR00263(JCH) |
| : | |
| WILLIE PREZZIE  : | |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Alex V. Hernandez, Assistant United States Attorney for the District of Connecticut, and respectfully informs this Honorable Court:

1. On Wednesday, September 13, 2006 at 11:00 a.m., there will come before this Court, at Bridgeport, Connecticut, the criminal case of <u>United States v. Willie Prezzie</u>, Docket No. 3:00CR00263(JCH).

2. That the above named defendant, WILLIE PREZZIE is charged in violation of Title 18, United States Code, Section 3583(e), Violation of Supervised Release.

3. That the said WILLIE PREZZIE is now confined at the Walker Reception Center, Enfield, Connecticut.

4. That the said WILLIE PREZZIE would be presented before the United States District Court for the District of Connecticut at said time and place so said defendant may be prosecuted for said offenses, and from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden of the Walker Reception Center, Enfield, Connecticut and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said WILLIE PREZZIE at 11:00 a.m. on Wednesday, September 13, 2006, before the Honorable Janet C. Hall, United States District Judge, United States District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


ALEX V. HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
915 Lafayette Boulevard  Room 309
Bridgeport, Connecticut 06604
(203) 696-3000
FEDERAL BAR NO. ct08345

| | |
|---|---|
| STATE OF CONNECTICUT | : |
| | :   ss: Bridgeport, September 7, 2006 |
| COUNTY OF FAIRFIELD | : |

Personally appeared before me, Alex V. Hernandez, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the content of the same, and that the same is true of his own knowledge, except as to such matters therein alleged on information and belief, and as to such matters, he believes them to be true.

_____
JAMES J. FINNERTY
COMMISSIONER OF THE SUPERIOR COURT