# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A.

vs.

WILLIE PREZZIE

**APPEARANCE**

By: C. Booche
Deputy Clerk

CASE NUMBER: 3:00CR00263 (JCH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: WILLIE PREZZIE

9/13/06
**Date**

CT20199
**Connecticut Federal Bar Number**

203-367-7440
**Telephone Number**

203-336-8379
**Fax Number**

GULASHANDRICCIO@AOL.COM
**E-mail address**

*Signature*

CHARLES YOUA
**Print Clearly or Type Name**

GULASH & RICCIO
**Address**
350 FAIRFIELD AVE 7TH FL
BRIDGEPORT CT 06604

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

*Signature*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24