United States of America

vs.

Willie Prezzie

FILED

2006 CRIMINAL NO 3:00CR00263(JCH)

December 12, 2006

APPEAL - Decision Dec 4, 2006

I'm unable to pay the fee's for this process.

Sincerely,
Willie Prezzie