**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
**THURGOOD MARSHALL U.S. COURT HOUSE**
**40 FOLEY SQUARE**
**NEW YORK 10007**

FILED
2007 JAN 16 P 3: 33

Thomas Asreen
CLERK

| | |
|---|---|
| Date: | 1/8/07 |
| Docket Number: | 06-5877-cr |
| Short Title: | USA v. Boyd (Prezzie) |
| DC Docket Number: | 00-cr-263 |
| DC: | CONNECTI |
| DC Judge: | Honorable Janet Hall |

UNITED STATES COURT OF APPEALS
FILED
JAN 08 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

## CRIMINAL APPEALS SCHEDULING ORDER #1
## ADDRESS INQUIRIES TO (212) 857 - 8510

The Court having continued C. Young, ret as counsel of record for the appellant Willie Prezzie and noting that the notice of appeal was filed on **12/22/2006**.

IT IS HEREBY ORDERED that the docketing fee shall be paid to the Clerk of District Court within ten (10) days after the filing of the notice of appeal, in default of which the appeal shall be dismissed.

IT IS HEREBY ORDERED that the court reporter shall file with the Clerk of the District Court within 30 days from receipt of the transcript order those transcripts ordered pursuant to FRAP 10(b)(1). Any motions by the court reporter to extend the time to file the transcripts shall be made not less than 7 days before the transcripts are due, unless exceptional circumstances exist.

IT IS FURTHER ORDERED that counsel shall forward a copy of any amendment, correction, or supplement to the initial transcript order to this court and to the Clerk of the District Court forthwith.

IT IS FURTHER ORDERED that within 10 days of the filing of the notice of appeal, counsel shall take such steps as may be necessary to enable the Clerk of the District Court to assemble and transit the record and index for transmission. The index to the record on appeal, a certified copy of the docket entries, and the clerk's certificate shall be filed before **01/29/2007**. The documents constituting the record which shall not be transmitted until requested by this Court, but will be required within 24 hours of such request.

IT IS FURTHER ORDERED that ten (10) copies of the appellant's brief and appendix be served and filed on or before **02/28/2007**.

IT IS FURTHER ORDERED that in the event of default by appellant in timely filing the record or brief and appendix or upon default by appellant in complying with any other provision of this order, the appeal shall be dismissed. Counsel should be aware that defaulting a criminal case could result in sanctions directed to the attorney.

Re:  06-5877-cr   USA v. Boyd (Prezzie)

IT IS FURTHER ORDERED that the United States shall serve and file ten (10) copies of its brief on or before **03/30/2007**, except that a response to a brief filed pursuant to Anders v. California, 386 U.S. 738 (1967) shall be served and filed in lieu of a brief by not later than **03/14/2007**.

IT IS FURTHER ORDERED that the argument of the appeal shall be heard no earlier than the week of **05/14/2007**, except that an appeal in which an Anders brief has been filed shall be ready to be heard immediately following the receipt of the response of the appellee. All counsel should immediately advise the Clerk by letter of the dates thereafter that they are unavailable for oral argument. The time and place of oral argument shall be separately noticed by the Clerk to counsel.

Dated:   1/8/2007

By: _____
Jamie Kauffman
Deputy Clerk, USCA