**MANDATE**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square    40 Centre Street, New York, NY 10007    Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 06-5877-cr

Caption [use short title]: USA v. Boyd (Prezzie)

Motion for: to be Relieved as Counsel

CR

Set forth below precise, complete statement of relief sought:

Motion to be relieved as counsel due to defendant;s signed affidavit electing to withdraw his appeal.

[STAMP: UNITED STATES COURT OF APPEALS FILED FEB 26 2007 Thomas Asreen, Acting SECOND CIRCUIT]

MOVING PARTY: Willie Prezzie
☐ Plaintiff   ☒ Defendant
☐ Appellant/Petitioner   ☐ Appellee/Respondent

OPPOSING PARTY: United States of America

MOVING ATTORNEY: John R. Gulash, Jr.
[name of attorney, with firm, address, phone number and e-mail]
Gulash & Riccio
350 Fairfield Avenue
P.O. Box 9118
Bridgeport, CT 06601
(203)367-7440
gulashandriccio@aol.com

OPPOSING ATTORNEY [Name]: Stephen B. Reynolds
[name of attorney, with firm, address, phone number and e-mail]
United States Attorney
915 Lafayette Boulevard
Bridgeport, CT 06604
(203)696-3000

Court-Judge/Agency appealed from: U.S. District Court-Connecticut (New Haven)

Please check appropriate boxes:

Has consent of opposing counsel:
A. been sought?   ☒ Yes   ☐ No
B. been obtained?   ☒ Yes   ☐ No

Is oral argument requested?   ☐ Yes   ☒ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☒ No
If yes, enter date _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?   ☐ Yes   ☐ No
Has this relief been previously sought in this Court?   ☐ Yes   ☐ No
Requested return date and explanation of emergency:

Signature of Moving Attorney: /s/ John Gulash   Date: 2-20-07

Has service been effected?   ☒ Yes   ☐ No
[Attach proof of service]

### ORDER

IT IS HEREBY ORDERED THAT the motion is **GRANTED** ~~DENIED~~. The appeal is withdrawn and counsel is relieved.

[STAMP: UNITED STATES COURT OF APPEALS FILED MAR 06 2007 Thomas Asreen, Acting Clerk SECOND CIRCUIT]

Date: _____

FOR THE COURT:
THOMAS ASREEN, Acting Clerk of Court

By: /s/ Lucy W. Jorge

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by _____ DEPUTY CLERK

Form T-1080

-ISSUED AS MANDATE: 4-13-07